```
              UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF COLUMBIA
_____
                               )
I.A.M. NATIONAL PENSION FUND,  )
NATIONAL PENSION PLAN, et al., )
                               )
              Plaintiffs,      )
                               )
     v.                        )   Case No.  06CV610 RMC
                               )
ACCURATE MANUFACTURING CO.,    )
                               )
              Defendant.       )
_____)
```

## NOTICE OF CHAPTER 7 PETITION

1. I am one of the attorneys for the Plaintiff Plan in the above-titled action.

2. On April 10, 2006 I received a Notice of the Voluntary Chapter 7 petition of the defendant, Accurate Manufacturing Co. The petition is pending before the United States Bankruptcy Court for the Northern District of Illinois, Case No. 06-03582. The case was filed on April 4, 2006.

Dated April 10, 2006          /S/
                              _____
                              Joseph P. Martocci, Jr., #955716
                              1300 Connecticut Ave., NW
                              Suite 300
                              Washington, DC 20036
                              (202) 785-2658
                              jmartocci@iamnpf.org

                              Attorney for Plaintiffs