```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA
_____
                                )
NATIONAL I.A.M. BENEFIT         )
TRUST FUND, et al.,             )
                                )
            Plaintiffs,         )
                                )
    v.                          )   Case No.  06CV609 RMC
                                )
ACCURATE MANUFACTURING CO.,     )
                                )
            Defendant.          )
_____)
```

NOTICE OF CHAPTER 7 PETITION

    1.   I am one of the attorneys for the Plaintiff Fund in the above-titled action.

    2. On April 10, 2006 I received a Notice of the Voluntary Chapter 7 petition of the defendant, Accurate Manufacturing Co. The petition is pending before the United States Bankruptcy Court for the Northern District of Illinois, Case No. 06-03582. The case was filed on April 4, 2006.

Dated April 12, 2006        /S/
                                  Joseph P. Martocci, Jr., #955716
                                  1300 Connecticut Ave., NW
                                  Suite 300
                                  Washington, DC 20036
                                  (202) 785-2658
                                  jmartocci@iamnpf.org

                                  Attorney for Plaintiffs